

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2020

No. 04-20-00243-CV

**THE LAW OFFICE OF DENNIS HUNSBERGER PLLC,**
Appellant

v.

**PHYSICIAN LIFE CARE PLANNING, LLC,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04283
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was originally due September 10, 2020. Appellant was granted a first extension to October 9, 2020. On October 9, 2020, appellant filed an unopposed motion for an extension to November 16, 2020.

Appellant's unopposed second Motion for Extension of Time to File Appellant's Brief is GRANTED. Appellant is ORDERED to file its brief **no later than November 16, 2020**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court